787758

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Milby
Clerk of The Court
Southern District
600 E. Harrision St.
Brownsville, Texas 78520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Chumad
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Dahlila Ahumada   7-7-08

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 2680 0000 9412 5883

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

787758

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Milby
Clerk of The Court
Southern District
600 E. Harrision St.
Brownsville, Texas 78520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Chumad
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Dahlila Ahumada   7-7-08

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 2680 0000 9412 5883

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

