**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hilda Tagle - Judge
   U.S. District Court
   600 E. Harrision Street
   Brownsville, Texas 78520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X V Longoria    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): V. Longoria
C. Date of Delivery: 7/7/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0000 9412 5876

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hilda Tagle - Judge
   U.S. District Court
   600 E. Harrision Street
   Brownsville, Texas 78520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X V Longoria    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): V. Longoria
C. Date of Delivery: 7/7/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0000 9412 5876

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

